AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Dewan Donta Sommervill<br>_____<br>*Defendant* | )<br>)  Case No.  4:23cr62<br>)            FIO # 11584763<br>)            DEA<br>)<br>) |

**SEALED** — 2023 AUG 16 AM 8:44 — RECEIVED UNITED STATES MARSHAL EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION — **ORIGINAL**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Dewan Donta Sommervill                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 - Conspiracy to Possess with Intent to Distribute and Distribute Cocaine, Heroin and Fentanyl

Date:  08/15/2023                             /s/ Brandt
                                                     *Issuing officer's signature*

City and state:  Newport News, Virginia       Douglas E. Miller, United States Magistrate Judge
                                                      *Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____<br>at *(city and state)* _____.<br><br>Date: _____ | _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

Arrested by DEA in Western District of North Carolina, Charlotte on August, 21, 2023.

UNITED STATES DISTRICT COURT

United States of America
v.
Dewan Donta Sommerville

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Dewan Donta Sommerville,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

T 21 846 - Conspiracy to Possess with Intent to Distribute and Distribute Cocaine, Heroin and Fentanyl

Date: 08/15/2023

/s/ Brandt

Douglas E. Miller, United States Magistrate Judge

City and state: Newport News, Virginia

### Return

This warrant was received on 8-20-23 and the person was arrested on 8-21-23
at *city and state* Charlotte, NC

Date: 8-21-23

Keith Headley, Special Agent

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Dewan Donta Sommervill<br><br>*Defendant* | )<br>) Case No. 4:23cr62<br>) FIO # 11584763<br>) DEA<br>)<br>) |

**SEALED ORIGINAL**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Dewan Donta Sommervill,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 - Conspiracy to Possess with Intent to Distribute and Distribute Cocaine, Heroin and Fentanyl

Date: 08/15/2023

*Issuing officer's signature:* /s/ Brandt

City and state: Newport News, Virginia

Douglas E. Miller, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

Arrested by DEA in Western District of North Carolina, Charlotte on August, 21, 2023.

# UNITED STATES DISTRICT COURT

United States of America
v.
Dewan Donta Sommervill

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Dewan Donta Sommervill, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

T 21 846 - Conspiracy to Possess with Intent to Distribute and Distribute Cocaine, Heroin and Fentanyl

Date: 08/15/2023

*(signed) P Brandt*

City and state: Newport News, Virginia

Douglas E. Miller, United States Magistrate Judge

### Return

This warrant was received on *(date)* 8-20-23, and the person was arrested on *(date)* 8-21-23 at *(city and state)* Charlotte, NC

Date: 8-21-23

Keith Headley, Special Agent